Name and address:

James M. Manley
Pacific Legal Foundation
3217 E. Shea Blvd. #108
Phoenix, AZ 85028

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KOTLER<br><br>Plaintiff(s),<br><br>v.<br><br>KATHLEEN WEBB, Director of the California Department of Motor Vehicles<br><br>Defendant(s), | CASE NUMBER<br><br>2:19-cv-02682-GW-SK<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Manley, James M.
*Applicant's Name (Last Name, First Name & Middle Initial)*                       check here if federal government attorney ☐

Pacific Legal Foundation
*Firm/Agency Name*

3217 E. Shea Blvd. #108                       (916) 419-7111                       (916) 419-7747
                                              *Telephone Number*                   *Fax Number*

*Street Address*

Phoenix, Arizona 85028                                    JManley@pacificlegal.org
*City, State, Zip Code*                                   *E-mail Address*

**I have been retained to represent the following parties:**

Jonathan Kotler                               ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

_____                       ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| State Bar of Colorado | 10/27/2008 | Active Member in Good Standing |
| State Bar of Arizona | 01/05/2015 | Active Member in Good Standing |
| United States Supreme Court | 02/2012 | Active Member in Good Standing |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated May 8, 2019

James M. Manley
*Applicant's Name (please type or print)*

*/s/ James M. Manley*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Talcott, Jeremy
*Designee's Name (Last Name, First Name & Middle Initial)*

Pacific Legal Foundation
*Firm/Agency Name*

1212 W. Amerige Avenue
*Street Address*

Fullerton, California 92833
*City, State, Zip Code*

(916) 419-7111
*Telephone Number*

(916) 419-7747
*Fax Number*

JTalcott@pacificlegal.org
*E-mail Address*

311490
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated May 8, 2019

Jeremy Talcott
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

| Court | Date | Status |
|---|---|---|
| U.S. District Court for the District of Colorado | 02/24/2009 | Active Member in Good Standing |
| U.S. District Court for the District for the Central District of Illinois | 07/19/2010 | Active Member in Good Standing |
| U.S. District Court for the District for the District of Nebraska | 10/10/2012 | Active Member in Good Standing |
| U.S. District Court for the District for the District of North Dakota | 01/09/2015 | Active Member in Good Standing |
| U.S. District Court for the District of Arizona | 01/26/2015 | Active Member in Good Standing |
| U.S. Court of Appeals for the Ninth Circuit | 02/2009 | Active Member in Good Standing |
| U.S. Court of Appeals for the Tenth Circuit | 02/25/2009 | Active Member in Good Standing |
| U.S. Court of Appeals for the Eighth Circuit | 02/29/2016 | Active Member in Good Standing |

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JAMES MARTIN MANLEY** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on January 5, 2015 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this April 12, 2019.

Patricia Lacy
Acting Disciplinary Clerk



# Supreme Court
## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**James M. Manley**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **27th** day of **October** A. D. **2008** and that at the date hereof the said **James M. Manley** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **26th** day of **April** A. D. **2019**

**Cheryl Stevens**
Clerk

By _____
Deputy Clerk

