James M. Manley
Pacific Legal Foundation
3217 E. Shea Blvd. #108
Phoenix, Arizona 85028

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JONATHAN KOTLER | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:19-cv-02682-GW-SK |
| v. | |
| KATHLEEN WEBB, Director of the California Department of Motor Vehicles | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Manely, James M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(916) 419-7111    (916) 419-7747
*Telephone Number    Fax Number*

JManley@pacificlegal.org
*E-Mail Address*

of Pacific Legal Foundation
3217 E. Shea Blvd. #108
Phoenix, Arizona 85028
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Jonathan Kotler

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel

Talcott, Jeremy
*Designee's Name (Last Name, First Name & Middle Initial)*

311490        (916) 419-7111    (916) 419-7747
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

JTalcott@pacificlegal.org
*E-Mail Address*

of Pacific Legal Foundation
1212 W. Amerige Avenue
Fullerton, California 92833
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　☐ for failure to complete Application: _____
　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

　　　　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1