# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JONATHAN KOTLER,

PLAINTIFF(S)

v.

KATHLEEN WEBB,

DEFENDANT(S).

CASE NUMBER

CV 19-2682-GW-SKx

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| May 7, 2019 | 11 | Application of Non-Resident attorney |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

- ☐ The document is accepted as filed
- ☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
- ☐ The hearing date has been rescheduled to _____ at _____
- ☑ Other

    Docket No. 11 is stricken for the reason stated in the Notice [12] filed on May 7, 2019.

Clerk, U.S. District Court

Dated: May 8, 2019 _____

By: Javier Gonzalez _____
    Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge