James M. Manley
Pacific Legal Foundation
3217 E. Shea Blvd. #108
Phoenix, Arizona 85028

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JONATHAN KOTLER | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 19-2682-GW-SKx |
| v. | |
| KATHLEEN WEBB, Director of the California Department of Motor Vehicles | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s) | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Manley, James M.  of  Pacific Legal Foundation
*Applicant's Name (Last Name, First Name & Middle Initial)*     3217 E. Shea Blvd. #108
(916) 419-7111     (916) 419-7747                                 Phoenix, Arizona 85028
*Telephone Number*     *Fax Number*
JManley@pacificlegal.org
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Jonathan Kotler

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Talcott, Jeremy  of  Pacific Legal Foundation
*Designee's Name (Last Name, First Name & Middle Initial)*     1212 W. Amerige Avenue
311490     (916) 419-7111     (916) 419-7747                      Fullerton, California 92833
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
JTalcott@pacificlegal.org
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: May 8, 2019

*/s/ George H. Wu*
**GEORGE H. WU, U.S. District Judge**