WENCONG FA, SBN 301679
Email: WFa@pacificlegal.org
JOSHUA P. THOMPSON, SBN 250955
Email: JThompson@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Attorneys for Plaintiff Jonathan Kotler*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JONATHAN KOTLER,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVE GORDON, in his official capacity as Director of the California Department of Motor Vehicles,<br><br>    Defendant. | Case No.: 2:19-cv-02682 GW (SKx)<br><br>**STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE** |

1  The parties to this action, in consideration of a negotiated settlement
2  agreement executed by them, stipulate that this action be dismissed with prejudice
3  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This Court shall retain
4  jurisdiction to enforce the parties' settlement agreement.

It is so STIPULATED.

Dated: January 27, 2020          Respectfully submitted,

       /s/ Wencong Fa
WENCONG FA
JOSHUA P. THOMPSON
*Attorneys for Plaintiff, Jonathan Kotler*

Respectfully submitted,

       /s/ Gabrielle D. Boutin
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorney for Steve Gordon, Director of the California Department of Motor Vehicles*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the below filer attests that the above signatories concur in this filing's content and have authorized this filing.

Dated: January 27, 2020          */s/ Wencong Fa*
       WENCONG FA

---

Stipulated Dismissal With Prejudice          - 2 -          Case No.: 2:19-cv-02682 GW (SKx)

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulated Voluntary Dismissal With Prejudice has been served through the Court's CM/ECF system on all registered counsel this 27th day of January, 2020.

DATED: January 27, 2020.

Respectfully submitted,

By  /s/ Wencong Fa
     WENCONG FA

WENCONG FA, SBN 301679
JOSHUA P. THOMPSON, SBN 250955
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: WFa@pacificlegal.org
Email: JThompson@pacificlegal.org

*Attorneys for Plaintiff Jonathan Kotler*